UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No.: C04-198-JLR <br> v. ) <br> ) DETENTION ORDER <br> MICHAEL JOHN PETERS, ) <br> ) <br> Defendant. ) <br> _____ ) | |

Offenses charged:

Conspiracy to Distribute Marijuana, Ecstacy and LSD in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841 (b)(1)(B) and § 846; 2 Counts of Distribution of LSD in violation of 21 U.S.C. 841(a)(1), 841 (b)(1)(A); Distribution of Marijuana in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(D); and Distribution of Ecstacy in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(C).

Date of Detention Hearing:   December 21, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

.    (1)    The Pretrial Services Report ("Report") of December 19, 2005, reveals a substantial criminal history by the defendant.

(2)    The Report also indicates that the defendant has approximately twelve prior failures to appear.

(3)    The defendant's prior probation has been revoked on several occasions for noncompliance.

(4)    The defendant has serious substance abuse issues.

(5)    There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2005.

                                                s/ JAMES P. DONOHUE
                                                United States Magistrate Judge

DETENTION ORDER            15.13
18 U.S.C. § 3142(i)            Rev. 1/91
PAGE 3