04-CR-00198-SUMM

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 25 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR04-198JLR |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MICHAEL JOHN PETERS, | |
| Defendant. | |

The court conducted an hearing on supervised release revocation on July 25, 2012. The United States was represented by AUSA Andrew Friedman and the defendant by Richard Troberman. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 17, 2006 by the Honorable James L. Robart on a charge of distribution of LSD. The Court sentenced him to 60 months in custody, followed by five years supervised release.

PRIOR VIOLATIONS AND REVOCATION

The Court revoked supervised release on July 25, 2011, finding ten violations including several new criminal offenses. The Court sentenced defendant to 12 months and

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

one day in custody, followed by 47 months of supervised release.

## CURRENT ALLEGED VIOLATIONS

In an application dated June 15, 2012, U.S. Probation Officer Donald E. Moon alleged the following five violations of the conditions of supervised release:

1. Failing to give timely notice to probation officer of a change of residence, on or before June 14, 2012;

2. Failing to give timely notice to probation officer of a change in employment, on or before June 14, 2012;

3. Failing to report to probation officer as directed on June 15, 2012;

4. Failing to submit a truthful monthly report to probation office for May, 2012; and

5. Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer, on or about May 27, 2012.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1, 3 and 4 as identified above, and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violations 2 and 5.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 3 and 4, that the Court dismiss violation 2 and 5, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing is scheduled before Judge Robart on August 10, 2012 at 2:30 p.m.

Pending a final determination by the Court, defendant has been detained.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

DATED this 25 day of July, 2012.

John L. Weinberg
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Andrew Friedman
Defendant's attorney: Richard Troberman
Probation officer: Donald E. Moon

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3