AO245D (Rev. 11/16) Judgment in a Criminal Case For Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Michael Peters | Case Number: 2:04CR00198JLR-001 |
| | USM Number: 36216-086 |
| | Richard Troberman |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)  1-5  of the petitions dated 10/27, 10/28 and 11/14/2016

☐ was found in violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Consuming methamphetamine | 9/23/2016 |
| 2. | Consuming methamphetamine | 10/18/2016 |
| 3. | Committing a new crime, Burglary | 10/21/2016 |
| 4. | Committing a new crime, Possession of Drug Paraphernalia | 11/5/2016 |
| 5. | Committing a new crime, Driving While license Suspended | 11/5/2016 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

ANDREW C FRIEDMAN / TESSA M. GORMAN
Assistant United States Attorney

FEBRUARY 27, 2017
Date of Imposition of Judgment

Signature of Judge

James L. Robart, United States District Judge
Name and Title of Judge

27 Feb. 2017
Date

AO 245D     (Rev. 11/16) Judgment in a Criminal Case For Revocations
              Sheet 2 — Imprisonment

Judgment — Page 2 of 4

DEFENDANT: **Michael Peters**
CASE NUMBER: **2:04CR00198JLR-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

_TWELVE (12) MONTHS AND ONE (1) DAY_

☑ The court makes the following recommendations to the Bureau of Prisons:

_The defendant be incarcerated at FDC-SeaTac_

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____.

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____.

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

These are empty lines for adding sheets – use the ones below first (that way there's one left here if you need it!
This is an empty line for additional sheets – click here and then use the ribbon to select the sheets to add.